PER CURIAM.
 

 We affirm appellant’s conviction. However, we find that the trial court failed to conduct a proper
 
 Faretta
 
 inquiry at the sentencing hearing.
 
 See Travis v. State,
 
 969 So.2d 532, 533 (Fla. 1st DCA 2007) (“Sentencing is a crucial stage of a criminal proceeding, so that the offer of assistance of counsel must be renewed then, even if the defendant has previously waived counsel at other stages.”). Accordingly, we are compelled to vacate the appellant’s sentence and remand for resen-tencing following a proper
 
 Faretta
 
 inquiry.
 
 See id.
 
 (“Because the failure to renew the offer of counsel at the commencement of the sentencing hearing constitutes reversible error, Appellant is entitled to be re-sentenced after a proper
 
 Faretta
 
 inquiry”).
 

 WOLF, HAWKES, and ROBERTS, JJ., concur.